

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Rogelio Bernal Sanchez, Appellant

No. 06-17-00115-CR       v.

The State of Texas, Appellee

Appeal from the 188th District Court of Gregg County, Texas (Tr. Ct. No. 42970-A). Memorandum Opinion delivered by Justice Moseley, Chief Justice Morriss and Justice Burgess participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below.  We affirm the judgment of the trial court.

We further order that the appellant, Rogelio Bernal Sanchez, pay all costs of this appeal.

RENDERED JANUARY 24, 2018
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk